IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR404 |
| | ) | |
| PETER FRANKLIN WHITE EYES, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is the government's unopposed Motion to Continue Motion to Dismiss Hearing [22]. Good cause being shown, the motion will be granted and the previously scheduled Motion to Dismiss hearing will be continued.

IT IS ORDERED:

1. That the Motion to Continue Motion to Dismiss Hearing [22] is granted;

2. That the evidentiary hearing on the Motion to Dismiss for Lack of Speedy Trial [15] is continued to **April 24, 2008** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 25th day of March, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge