# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:07CR404 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **PETER FRANKLIN WHITE EYES, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for early termination of probation (Filing No. 42) and the government's objection thereto (Filing No. 43).

After careful consideration,

IT IS ORDERED:

1. The Defendant's motion for early termination of probation (Filing No. 42) is denied; and

2. The government's objection (Filing No. 43) is granted.

DATED this 29th day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge